THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB ROSENSTEIN, Appellant.— Motion granted. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

ROSE TUCKER, Plaintiff, v. THELMA FRIEDMAN and Others, Defendants.— Motion denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Application of MATTHEW PETERS for Admission to the Bar.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted, and the following question certified: " Is applicant entitled as matter of right to admission to the bar of this State in view of h's claim that his disbarment in another State was void and of his having been permitted to take and having passed the bar examination in this State after notice to the State Board of Law Examiners of such claim, and in view of the report of the Committee on Character and Fitness submitting the matter to the court without recommendation, and finding good general character apart from the implication flowing from such disbarment? " Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

JOSEPH E. LEE and Another, Respondents, v. DANIEL W. BEAGLE and DANIEL W. BEAGLE, as Administrator, etc., of HATTIE BEAGLE, Deceased, Appellants.— Motion granted, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

LYMAN H. BEVANS, Appellant, v. AUGUST C. MEYER and Another, Respondents, and Others.— Motions denied, with leave to renew at the May term. The appellant should resettle his order at Special Term to recite the three affidavits which he says were used on the motion. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

CHAMBER OF COMMERCE OF OGDENSBURG, N. Y., Respondent, v. GEORGE G. RAMSEY, Appellant.— Motion granted, unless the appellant serves and files the case on appeal, with briefs, within ten days, in accordance with the rule, with ten dollars costs to the respondent to abide the event, in which case the motion is denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Consolidation of the SECOND EVANGELICAL LUTHERAN CHURCH OF WEST SANDLAKE with the ZION LUTHERAN CHURCH OF WEST SANDLAKE, NEW YORK.— Motion denied, with leave to renew motion within twenty days after the determination of the appeal from the order of March seventeenth. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

KALMAN KARCHMAN, Respondent, v. FANNIE KARCHMAN, Otherwise Known as FANNIE KATZMAN, Appellant.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.